JAMIR DAVIS, Esq. SBN 98041 – Pro Hac vice
**J. DAVIS LAW FIRM, PLLC**
106 Winging Way Unit c
Covington, KY 41011
Tele: 859-750-5033
jdavislawky@gmail.com

MICHAEL R. SEVILLE, Esq. SBN 278164
CURTIS L. BRIGGS, Esq. SBN 284190
**SEVILLE BRIGGS, LLP**
3330 Geary Blvd. 3rd Floor, East
San Francisco, CA 94118
Tele: 415-324-8733
michael@sevillebriggs.com
curtis@sevillebriggs.com

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HOWARD, | **Case No. 2:20-cv-00841-JAM-AC** |
| Plaintiff, | **STIPULATION OF DISMISSAL [FRCP 21(A)] AND ORDER OF DISMISSAL** |
| v. | |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION; a municipal Corporation ANTIONETTE MOON; individually and as a supervisor at Caltrans; DOES 1-20 individually and in official capacities, inclusive. | |
| Defendants. | |

//

//

Plaintiff Jasmine Howard and Defendant Antionette Moon, through their respective counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| July 31, 2020 | ___/s/Michael Seville_____<br>Michael Seville<br>Attorney for Plaintiff |
| July 31, 2020 | ___/s/Carolee Kilduff_____<br>Carolee Kilduff<br>Attorney for Defendant Moon |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs. The Clerk is to close the file.

Dated:   July 31, 2020                              /s/ John A. Mendez
                                                    Honorable Judge John Mendez
                                                    United States District Court Judge